UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1448 DSD/JMM

| | |
|---|---|
| COTTONWOOD RIVER BASIN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MARSHALL, MINNESOTA,<br><br>Defendant and Third-Party Plaintiff,<br><br>LOUIS CALDERA, in his official capacity as the Secretary of the DEPARTMENT of the ARMY, an agency of the UNITED STATES OF AMERICA,<br><br>Third-Party Defendant. | **O R D E R** |

Upon application of Defendant Louis Caldera, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant Louis Caldera shall be, and hereby is, granted an extension of time to respond to the Third Party Complaint to August 18, 2000.

Dated: June 26, 2000

JOHN M. MASON
United States Magistrate Judge

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________