UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1448 DSD/JMM

COTTONWOOD RIVER BASIN ASSOCIATION,

Plaintiff,

vs.

CITY OF MARSHALL

Defendant and Third Party Plaintiff

vs.

LOUIS CALDERA, in his official capacity as the Secretary of the Department of the Army, an agency of the United States of America,

Third Party Defendant

STIPULATION AND ORDER

WHEREAS, during the pre-trial conference in this matter, the parties agreed that to ensure the effective administration of this matter, Plaintiff would amend it's Complaint to include the Third Party Defendant as a direct defendant and thereby avoid the necessity of a motion by the Third Party Defendant to intervene.

NOW, THEREFORE, the parties, by counsel undersigned, do hereby agree that the court shall issue the order hereafter stated.

Dated: July 27, 2000

Clark A. Tuttle, III., #111405
Attorneys for Plaintiff
519 Center Street
PO Box 428
New Ulm, MN 56073
(507) 354-3161

FILED AUG 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 8·2·00

Pierre N. Regnier, Esq.
Attorneys for Defendant and Third Party Plaintiff
Jardine, Logan & O'Brien
2100 Piper Jaffray Plaza
44 Cedar Street
St. Paul, MN 55101

B. Todd Jones
United States Attorney

Dated: 8/1/00

By: Friedrich A. P. Siekert
Assistant U.S. Attorney
Attorney ID No. 142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for LOUIS CALDERA
In his official capacity as the
Secretary of the Department of the
Army, an agency of the United
States of America

Pursuant to the Stipulation as stated above it is hereby

ORDER

1. That Plaintiff shall amend its Complaint to name as a direct defendant the Third Party Defendant as above-named.

2. That the amended Complaint shall be served upon the Defendants named therein on or before the 18th of August, 2000.

3. The Third Party Defendant shall answer the Complaint naming it as a direct Defendant on or before the ~~15th day of September, 2000.~~ 31st day August, 2000. JMM

Dated:

John M. Mason
United States Magistrate Judge