ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE NO: 00-1448 DSD/JMM

---

Cottonwood River Basin Association,

Plaintiff,

vs.

City of Marshall, Minnesota,

Defendant and Third Party Plaintiff,

and

Louis Caldera, in his official capacity as the Secretary of the Department of the Army, an agency of the United States of America,

Third-Party Defendant.

***STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER***

---

**IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys that the above-captioned matter shall be dismissed with prejudice but without costs, disbursements or attorneys' fees to any party.

Dated: July 13, 2001

**BERENS, RODENBERG & O'CONNOR**

By:____________________

**CLARK A. TUTTLE, III.**
Attorney Registration No: 111405
Attorney for Plaintiff
Cottonwood River Basin Association
519 Center Street
P. O. Box 428
New Ulm, Minnesota 56073-0428
Phone: 507/233-3900

FILED JUL 19 2001
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

Dated: 6·19·01

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: ______________________
**PIERRE N. REGNIER**
Attorney Registration No: 90232
Attorney for Defendant and Third Party Plaintiff,
City of Marshall, Minnesota
444 Cedar Street – Suite 2100
St. Paul, Minnesota 55101-2160
Phone: 651/290-6500

Dated: 7/16/01

**ROBERT M. SMALL**
**United States Attorney**

By: ______________________
**FRIEDRICH A. P. SIEKERT**
Attorney Registration No: 142013
Attorneys for Third Party Defendant
Louis Caldera, in his official capacity as the
Secretary of the Department of the Army,
an agency of the United States of America
600 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
Phone: 612/664-5600

**ORDER**

**IT IS HEREBY ORDERED** that the above-captioned matter, pursuant to the above Stipulation, is hereby dismissed with prejudice and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/18/01

______________________
**JUDGE OF DISTRICT COURT**

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500